**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1148

ELLEN LUCINDA DELK,

Plaintiff - Appellant,

versus

ARVINMERITOR, INCORPORATED; JOHN HOCK; FRED
HARBINSON; JOHN PARR; DORIS WILLIAMS; JAMES
MACKEY,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Lacy H. Thornburg,
District Judge. (CA-00-242-1-T)

Submitted:  June 26, 2002          Decided:  July 10, 2002

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wade Hall, Asheville, North Carolina, for Appellant.  Margaret
Hutchins Campbell, OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
Atlanta, Georgia; Samuel Jerome Crow, Earl Thomison Holman, ADAMS,
HENDON, CARSON, CROW & SAENGER, P.A., Asheville, North Carolina;
James Mackey, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ellen Lucinda Delk appeals the district court's order dismissing this civil action as to Defendant Mackey and granting summary judgment to the remaining Defendants. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Delk v. ArvinMeritor, Inc., No. CA-00-242-1-T (W.D.N.C. Jan. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2